IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| LUTHER JOHNSON, | : | |
| Plaintiff, | : | |
| v. | : | 1:07-CV-141(WLS) |
| BAINBRIDGE PUBLIC SAFETY, ET. AL., | : | |
| Defendants. | : | |

## O R D E R

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 64), filed May 7, 2007. It is recommended that Defendants' motion for summary judgment be granted. Plaintiff has filed a timely objection. (Doc. No. 65).

In his objection, Plaintiff does not challenge the legal principles argued by Defendants or applied by the Magistrate Judge. Plaintiff only addresses the factual basis of one claim, the excessive use of force claim. Plaintiff argues that the taser was applied to his skin not his clothing. Even if that were so, he does not explain how this negates the finding that Defendants used the amount of force reasonably necessary to effectuate Plaintiff's arrest. Accordingly, Plaintiff's objection (Doc. No. 65) is **OVERRULED.**

Upon full consideration of the record, the Court finds that said Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, together with the findings made, reasons stated and conclusions reached herein. Accordingly, Defendants' motion for summary judgment (Doc. No. 37) is **GRANTED**.

SO ORDERED, this __5t<sup>h</sup>__ day of September, 2007.

                                                                         /s/W. Louis Sands
                                                                         **W. Louis Sands, Judge**
                                                                         **United States District Court**